# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANTHONY BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79447



FILED

OCT 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus, as amended on October 11, 2019, in which petitioner seeks an order directing the clerk of the district court to perform ministerial duties, execute a final judgment of dismissal, and discharge petitioner from custody.

Problematically, petitioner failed to provide this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88

19-42240

P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.            _____, J.
Pickering                                            Hardesty

cc:    Deanthony Brown
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk